■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASPER L. CAMPBELL, Appellant. [971 NYS2d 714]—Appeal from a judgment of the Monroe County Court (Stephen R. Sirkin, A.J.), rendered November 18, 2008. The judgment convicted defendant, after a nonjury trial, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him following a nonjury trial of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]). Defendant's conviction arose out of the seizure by the police of a handgun from the floor of a vehicle in which defendant was a passenger. Viewing the evidence in light of the elements of the crime in this nonjury trial (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that "the verdict, based on the applicability of the automobile presumption . . . , is not against the weight of the evidence" (*People v Wilburn*, 50 AD3d 1617, 1618 [2008], *lv denied* 11 NY3d 742 [2008]; *see People v Dunnigan*, 1 AD3d 930, 931-932 [2003], *lv denied* 1 NY3d 627 [2004]; *People v Tutt*, 194 AD2d 575, 575-576 [1993], *lv denied* 82 NY2d 760 [1993]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). We further conclude that the sentence is not unduly harsh or severe. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK DUDLEY, Appellant, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [971 NYS2d 715]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), dated August 25, 2011 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.